# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:10 CV 411

| | | |
|---|---|---|
| NRF CAPITAL, L.P., et al | ) | |
| Plaintiffs | ) | |
| V | ) | **ORDER** |
| MOMYER'S OVERLOOK, LLC, et al, | ) | |
| Defendants | ) | |

**THIS MATTER** is before the court on Daniel A. Merlin's Application for Admission to Practice *Pro Hac Vice* of Paul R. J. Connolly. It appearing that Paul R. J. Connolly is a member in good standing with the Oregon Bar and will be appearing with Daniel a. Merlin, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Daniel A. Merlin's Application for Admission to Practice *Pro Hac Vice* (#9) of Paul R. J. Connolly is **GRANTED**, and that Paul R. J. Connolly is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Daniel A. Merlin.

Signed: September 14, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge