# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:10cv411

| | |
|---|---|
| NRF CAPITAL, L.P., | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| CHARLOTTE OVERLOOK APARTMENTS, LLC, et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on the active defendants' Motion to Allow Telephonic Appearance of Out of State Counsel. For cause, such defendants state that they are unable to fund the cost of *pro hac vice* counsel traveling to court for hearing. While appearing telephonically is not the most effective method of presenting oral arguments, the court will allow the appearance. Local counsel shall, however, be in the courtroom and be prepared to argue in the event of technical difficulties. Having considered the active defendants' motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the active defendants' Motion to Allow Telephonic Appearance of Out of State Counsel (#25) is **GRANTED,** and Mr. Connolly is allowed to participate in the hearing by telephone.

Signed: April 15, 2011

Max O. Cogburn Jr.
United States District Judge