IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv411

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION; and NRF CAPITAL, L. P., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>CHARLOTTE OVERLOOK )<br>APARTMENTS, L. L. C., *et al.*, )<br>)<br>Defendants. )<br>_____ ) | ORDER |

**THIS MATTER** is before the court on preliminary review of the hearing calendared for April 28, 2011. Inasmuch as Honorable Dennis L. Howell, United States Magistrate Judge, has timely reached the Motion for Remand (#14), and has entered a Memorandum and Recommendation wherein he determined that the removing defendants have not met their burden of demonstrating that the non-consenting defendants are nominal parties and that their consent to removal was required for removal to be proper, the court will cancel the hearing set for April 28, 2011, on the pending motions.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the hearing on all motions calendared for April 28, 2011, at 10:30 a.m. is **CANCELLED**.

Signed: April 22, 2011
Max O. Cogburn Jr.
United States District Judge